JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA DEFINED CONTRIBUTION TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL NECA-IBEW LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND, ADMINISTRATIVE MAINTENANCE FUND, LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, AND SOUTHERN CALIFORNIA IBEW-NECA ADMINISTRATIVE CORPORATION,<br><br>                    Plaintiffs,<br><br>     v.<br><br>AR ELECTRIC, INC., a California corporation,<br><br>                    Defendant. | Case No.: CV 22-1443-DMG (ASx)<br><br>**JUDGMENT [15]** |

1    This action having been commenced on March 3, 2022, and the Court having
2  approved the stipulation for entry of judgment in favor of Plaintiffs and against
3  Defendant, and for good cause shown,

4    Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan,
5  Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the
6  Southern California IBEW-NECA Supplemental Unemployment Benefit Trust Fund,
7  Trustees of the Los Angeles County Electrical Educational and Training Trust Fund,
8  Trustees of the National Electrical Benefit Fund, Trustees of the Southern California
9  IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National
10 NECA-IBEW Labor-Management Cooperation Committee Trust Fund,
11 Administrative Maintenance Fund, Los Angeles Electrical Workers Credit Union, and
12 Southern California IBEW-NECA Administrative Corporation, shall recover from
13 Defendant AR Electric, Inc., a California corporation, the principal amount of
14 $18,528.16, plus pre-judgment and post-judgment interest thereon at the rate of 8%
15 per annum from April 20, 2022, until paid in full.

16    IT IS SO ORDERED.

18 DATED:  May 6, 2022                  _____
                                        DOLLY M. GEE
19                                      UNITED STATES DISTRICT JUDGE